# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                     Plaintiff,<br><br>         v.<br><br>JESSICA SALAZAR,<br><br>                                     Defendant. | Case No. 22-cr-02208-BAS-1<br><br>**ORDER DENYING MOTION TO CORRECT SENTENCE (ECF No. 88)** |

The U.S. Sentencing Commission adopted amendments to the United States Sentencing Guidelines ("U.S.S.G."), which were submitted to Congress and became effective November 1, 2023. *See* Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534 (Sept. 1, 2023); U.S.S.G. Amend. 821.  Under Part B, these retroactive amendments added an "Adjustment for Certain Zero-Point Offenders." U.S.S.G. § 4C1.1. This adjustment provides for a two-point decrease in the offense level for defendants who "did not receive any criminal history points" when calculating the defendant's criminal history.  *Id.* § 4C1.1(a)(1)–(10).

Based these amendments, Defendant Jessica Salazar now files a Motion to Correct Sentence under 18 U.S.C. § 3582(c)(2).  (ECF No. 88.)  This Court referred the case to the Federal Defenders Office for an evaluation.  (ECF No. 89.)  Federal Defenders has now

1  filed a Status Report concluding "the Court can decide the motion on the existing records
2  without further assistance of counsel."  (ECF No. 92.)

3      Following a jury trial, Defendant was found guilty of importing cocaine,
4  methamphetamine, and fentanyl.  (ECF No. 58.)  At sentencing, the Court calculated
5  Defendant's guideline range to be 121–151 months.  (Sentencing Tr. 16:18–19, ECF No.
6  87.)  However, the Court recognized that a proposed guideline amendment would reduce
7  Defendant's base offense level by two points:

> There is a proposed November guideline that is going to change circumstances for people who are first time offenders.  So I will apply that as a downward variance.  I will deducy two points [from Defendant's base offense level] for that.

(*Id.* 16:2–23.)

Because this Court already gave Defendant the benefit of the new guideline amendment, Defendant's Motion to Correct Sentence (ECF No. 88) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: April 19, 2024**

Hon. Cynthia Bashant
United States District Judge